**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS BROWN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE BRITA PRODUCTS COMPANY,<br><br>　　　　　　　Defendant. | Case No. CV 23-7851-DMG (RAOx)<br><br>**JUDGMENT** |

On September 30, 2024, this Court having granted Defendant The Brita Products Company's Motion to Dismiss as to Plaintiff Nicholas Brown's claims for affirmative misrepresentations and material omissions under the Unfair Competition Law ("UCL") Cal. Bus. & Prof. Code § 17200 *et seq.*, the False Advertising Law ("FAL") Cal. Bus. & Prof. Code § 17500 *et seq.*, the Consumer Legal Remedies Act ("CLRA") Cal. Civ. Code § 1750 *et seq.*, breach of warranty, and unjust enrichment; and this Court having found a lack of Article III and statutory standing as to Plaintiff's claims of unlawful business practices under the UCL, FAL, and CLRA, thereby resolving all remaining issues and claims outstanding in this action,

IT IS **ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED** in its entirety. Judgment is hereby entered in favor of Defendant and against Plaintiff on Plaintiff's claims for affirmative misrepresentations, material omissions, breach of warranty, and unjust enrichment, which are **DISMISSED WITH PREJUDICE**. Plaintiff's claims for unlawful business practices under the UCL, FAL, and CLRA are **DISMISSED WITHOUT PREJUDICE**.

DATED: September 30, 2024

DOLLY M. GEE
Chief United States District Judge